**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PINGDWENDE KENNETH ARTHUR
OUEDRAOGO                                          :
                                                   :
                    Petitioner,                    :    3:26-cv-1379
                                                   :    (JUDGE MARIANI)
        v.                                         :
                                                   :
WARDEN, PIKE COUNTY                                :
CORRECTIONAL FACILITY,                             :
                                                   :
                                                   :
                    Respondent.                    :

## ORDER

**AND NOW, THIS ___ DAY OF JUNE 2026**, upon consideration of Petitioner

Pingdwende Kenneth Arthur Ouedraogo's petition for writ of habeas corpus pursuant to 28

U.S.C. § 2241 (Doc. 1), Respondent's response, (Doc. 7), and for the reasons set forth in

the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1.  Petitioner's habeas petition is **DENIED**.

2.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge